# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCOTT, : | |
| Petitioner : | |
| : | CIVIL NO. 3:15-CV-0120 |
| v. : | |
| : | (JUDGE NEALON) |
| DAVID EBBERT, : | (M.J. MEHACHICK) |
| Respondent : | |

## ORDER

**AND NOW**, **THIS 27TH DAY OF MARCH, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 5), is **ADOPTED**;

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED;** and

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**